IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 26–20–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| CRISTINA DALLAS KUNZ and AMANDA LYNN MONTOYA, | |
| Defendants. | |

IT IS ORDERED that Defendant Cristina Dallas Kunz's motion to suppress, (Doc. 26), and Defendant Amanda Lynn Montoya's motion to suppress, (Doc. 28), are DENIED. A reasoned opinion to follow.

DATED this _151_ day of July, 2026.

Donald W. Molloy, District Judge
United States District Court